DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | ) |
|---|---|
| Elba Del Pozo-Robles | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:18-cv-02000-JAG |
| | ) Gender/Sex / Age(ADEA) Jury Demand |
| Juan Hernandez Rivera Law Offices CSP | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
**Dr. Juan A. Hernandez Rivera Law Offices,** C.S.P.
D/B/A Juan A. Hernandez Rivera Law Offices
Urb. Santa Rosa, 51-44 Ave. Main,
Bayamon, PR 00959-6636

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Humberto F. Cobo-Estrella, Esq.**
P.O. Box 366451, San Juan, PR 00936-6451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 12/26/2018

Digitally signed by Rebeca Isaac
Date: 2018.12.26 09:20:46 -04'00'

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-02000-JAG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dr. Juan A. Hernandez Law office, C.S.P.
was received by me on *(date)* 01/17/2019.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Juan A. Hernandez Rivera, who is designated by law to accept service of process on behalf of *(name of organization)* Dr. Juan A. Hernandez Rivera Law office, CSP on *(date)* 1/29/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 1/29/2019

_Jose A Tejeda C_
Server's signature

Jose A Tejeda C.C / Summons Server
Printed name and title

307 Alverio Street, Cond. Velvecca Plaza
Apto 207, San Juan, PR 00923
Server's address

Additional information regarding attempted service, etc: